IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RAY DYNES,<br><br>   Petitioner,<br><br> vs.<br><br>ELVIN VALENZUELA, Warden,<br><br>   Respondent. | No. C 15-0496 RMW (PR)<br><br>ORDER DENYING LEAVE TO PROCEED IN FORMA PAUPERIS; ORDER TO SHOW CAUSE WHY PETITION SHOULD NOT BE DISMISSED FOR FAILURE TO EXHAUST STATE REMEDIES<br><br>(Docket Nos. 3, 5) |

  Petitioner, a California state prisoner proceeding *pro se*, seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254.[1] Petitioner has submitted a Certificate of Funds, signed by an authorized officer, that indicates that petitioner had an average monthly balance of $ 100.00 for the past six months, and an average monthly deposit of $ 6.95 in his inmate trust account. Thus, petitioner's motions for leave to proceed in forma pauperis are DENIED.

  The court issues an order to show cause for petitioner to demonstrate why the petition should not be dismissed without prejudice because he has not exhausted his state court remedies.

**BACKGROUND**

  In the underlying federal petition, petitioner challenges the criminal judgment he

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Elvin Valenzuela, the current warden of the California Men's Colony State Prison, where petitioner is currently incarcerated, is hereby SUBSTITUTED as respondent.

1 sustained in 2001 in the Superior Court of Alameda County by raising the claim that Proposition
2 47 should apply to reduce his convictions and sentence. Petitioner concedes that he has not
3 raised any claims in the California Supreme Court.

## DISCUSSION

5      Prisoners in state custody who wish to collaterally challenge either the fact or length of
6 their confinement in federal habeas corpus proceedings are first required to exhaust state judicial
7 remedies, either on direct appeal or through collateral proceedings, by presenting the highest
8 state court available with a fair opportunity to rule on the merits of each and every claim they
9 seek to raise in federal court. 28 U.S.C. § 2254(b)-(c).

10      At the time petitioner filed this federal petition, petitioner acknowledged that he has not
11 filed any state habeas petitions in the California Court of Appeal or the California Supreme
12 Court. Thus, the court issues an order to show cause for petitioner to demonstrate why the
13 petition should not be dismissed without prejudice to refiling once he exhausts his federal claims
14 in state court.

## CONCLUSION

16      Petitioner's motions to proceed IFP are DENIED. Petitioner must pay the $5 filing fee
17 within **thirty (30) days** of the date of this order or face dismissal of this action for failure to pay
18 the filing fee.

19      Petitioner shall file a response to this order to show cause **within thirty (30) days** of the
20 filing date of this order addressing: (1) whether he has a habeas petition or other post-conviction
21 proceeding now pending before the state court raising the underlying claim; and, if so, (2) which
22 level of state court, and whether the underlying petition challenges the same commitment at
23 issue in his pending state case(s). **Failure to file a timely response will result in the court**
24 **dismissing the instant petition without prejudice for failure to exhaust state court remedies.**

25      It is petitioner's responsibility to prosecute this case. Petitioner must keep the court and
26 all parties informed of any change of address by filing a separate paper captioned "Notice of
27 Change of Address." He must comply with the court's orders in a timely fashion. Failure to do
28

1  so may result in the dismissal of this action for failure to prosecute pursuant to Federal Rule of
2  Civil Procedure 41(b).
3      IT IS SO ORDERED.
4  DATED: _____

   RONALD M. WHYTE
   United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOHN RAY DYNES,

        Plaintiff,

  v.

ELVIN VALENZUELA, Warden,

        Defendant.

Case Number: CV15-00496 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 12, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John Ray Dynes AT1595
CMC-WEST
California Men's Colony State Prison
Post Office Box 8108
San Luis Obispo, CA 93409-8101

Dated: June 12, 2015

                                  Richard W. Wieking, Clerk
                                  By: Jackie Lynn Garcia, Deputy Clerk