**E-FILED on 7/24/15**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RAY DYNES, | No. C 15-0496 RMW (PR) |
| Petitioner, | ORDER OF DISMISSAL |
| vs. | |
| ELVIN VALENZUELA, Warden, | |
| Respondent. | |

    Petitioner, a California state prisoner proceeding *pro se*, seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging the criminal judgment he sustained in 2001 in the Superior Court of Alameda County by raising the claim that Proposition 47 should apply to reduce his convictions and sentence. Petitioner concedes that he has not raised any claims in the California Supreme Court. On June 12, 2015, the court issued an order to petitioner to show cause why the petition should not be dismissed for failure to exhaust state remedies. On June 22, 2015, petitioner filed a response, and moved for voluntary dismissal of this case. Accordingly, this case is DISMISSED. See Fed. R. Civ. P. 41(a)(1). The Clerk of the court shall terminate all pending motions and deadlines and close the file.

    IT IS SO ORDERED.

DATED: 7/24/15

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order of Dismissal
P:\PRO-SE\RMW\HC.15\Dynes496voldism.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RAY DYNES,<br><br>             Plaintiff,<br><br>   v.<br><br>ELVIN VALENZUELA, Warden,<br><br>             Defendant._____/ | Case Number: CV15-00496 RMW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 24, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John Ray Dynes AT1595
CMC-WEST
California Men's Colony State Prison
Post Office Box 8108
San Luis Obispo, CA 93409-8101

Dated: July 24, 2015

                    Richard W. Wieking, Clerk
                    By: Jackie Lynn Garcia, Deputy Clerk