IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN RAY DYNES, | ) | No. C 15-0496 RMW (PR) |
| Petitioner, | ) | JUDGMENT |
| vs. | ) | |
| ELVIN VALENZUELA, Warden, | ) | |
| Respondent. | ) | |

The court has dismissed the instant action. A judgment of dismissal without prejudice is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: _____

_Ronald M. Whyte_
RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\RMW\HC.15\Dynes496judg.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOHN RAY DYNES,

        Plaintiff,

  v.

ELVIN VALENZUELA, Warden,

        Defendant.

Case Number: CV15-00496 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 24, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John Ray Dynes AT1595
CMC-WEST
California Men's Colony State Prison
Post Office Box 8108
San Luis Obispo, CA 93409-8101

Dated: July 24, 2015

                                      Richard W. Wieking, Clerk
                                      By: Jackie Lynn Garcia, Deputy Clerk